UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ANDREW B. BLOOM and**
**ADELE S. BLOOM,**

        Plaintiffs,                          Case Nos.  3:08-cv-284-J-16MCR
                                                            and  8:08-cv-672-T-26EAJ

v.

**THE DEMOCRATIC NATIONAL COMMITTEE**
**and SENATOR BARACK OBAMA,**

        Defendants.
_____/

## NOTICE OF FILING MOTION TO TRANSFER

In accordance with the requirements of Rule 1.04(b) of the Local Rules of the Middle District of Florida, Defendant Democratic National Committee ("the DNC"), through its counsel, hereby files this Notice of Filing Motion to Transfer to bring to this Court's attention the following circumstances:

1. A case involving similar factual allegations and raising similar issues of law is currently pending in the Middle District of Florida, Tampa Division, before the Honorable Richard A. Lazzara. *See DiMaio v. Democratic National Committee*, Case Number 8:08-cv-672-26EAJ.

2. The case before the District Court in Tampa similarly alleges that the DNC has violated Plaintiff's constitutional rights by refusing to recognize the results of Florida's primary election.

**WHEREFORE**, the DNC gives notice to this Court that it files herewith its Motion to Transfer Similar Case as this case raises questions of fact and law that are similar to and

common with those raised in *DiMaio v. Democratic National Committee*, Case Number 8:08-cv-672-26EAJ, which is currently pending in the Middle District of Florida, Tampa Division, and because such transfer may avoid prospective duplication of judicial effort in the resolution of the cases.

Respectfully submitted,

/s/ Katherine E. Giddings
Katherine E. Giddings (Fla. Bar. No. 949396)
Pamela C. Marsh (Fla. Bar. No.057400)
AKERMAN SENTERFITT
106 East College Avenue
Suite 1200
Tallahassee, Florida 32301
Telephone: (850) 224-9634
Telefax: (850) 222-0103
katherine.giddings@akerman.com

Of counsel:
Joseph E. Sandler
General Counsel, Democratic National Committee
SANDLER, REIFF & YOUNG, P.C.
300 M Street, S.E. Suite 1102
Washington, D.C. 20003
Telephone: (202) 479-1111
Telefax: (202) 479-1115

Attorneys for Defendant
DEMOCRATIC NATIONAL COMMITTEE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2008, I electronically filed the foregoing NOTICE OF FILING MOTION TO TRANSFER with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Andrew B. Bloom
Adele S. Bloom
6849 NW 31st Circle
Jennings, Florida 32053

/s/ Katherine E. Giddings
Katherine E. Giddings