**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANDREW B. BLOOM and
ADELE S. BLOOM,

    Plaintiffs,

v.   CASE NO: 8:08-cv-672-T-26EAJ

THE DEMOCRATIC NATIONAL
COMMITTEE and
SENATOR BARACK OBAMA,

    Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION**, Defendant Democratic National Committee's Motion to Transfer (Dkt. 18) is denied without prejudice to Senior United States District Court Judge John H. Moore, II, disposing of the motion as the transferor judge in accord with Local Rule 1.04(b).  The undersigned judge, as the transferee judge, advises Judge Moore that he will consent to transfer.

**DONE AND ORDERED** at Tampa, Florida, on May 8, 2008.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
The Honorable John H. Moore, II
Counsel of Record