UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTOR DIMAIO,

    Plaintiff,

v.                                      CASE NO:  8:08-cv-672-T-26EAJ

DEMOCRATIC NATIONAL
COMMITTEE,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the conclusion of the hearing held in this case this day, along with this Court's previous order entered at docket 18 on October 5, 2007, in case number 8:07-cv-1552-T-26MAP, a copy of which will be filed in this case, it is ordered and adjudged as follows:

    1) Plaintiff's Motion for Summary Judgment (Dkt. 10) is denied.

    2) Defendant's Cross-Motion for Summary Judgment (Dkt. 15) is granted.

    3) Each party shall bear their own attorney fees and costs.

    4) The Clerk is directed to enter judgment for Defendant and against Plaintiff and to close this case.

    **DONE AND ORDERED** at Tampa, Florida, on May 28, 2008.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record