**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

VICTOR DIMAIO,

    Plaintiff,

v.                                                CASE: 8:08-CV-672-T-26EAJ

DEMOCRATIC NATIONAL
COMMITTEE,

    Defendant,
_____/

## NOTICE OF APPEAL

Notice is hereby given that Victor DiMaio, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from an Order of the United States District Court, entered in this action on 29th day of May, 2008.

                                                                                   Respectfully submitted,

                                                                                   s/ Michael Steinberg
                                                                                  Michael Steinberg, Esquire
                                                                                  Florida Bar No. 340065
                                                                                  Attorney for Plaintiff
                                                                                  4925 Independence Parkway, Suite 195
                                                                                  Tampa, Florida 33634
                                                                                  (813) 221-1300
                                                                                  (813) 221-1702 fax
                                                                                  frosty28@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on June 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendant, Katherine E. Giddlings, Akerman Senterfitt, 106 East College Avenue, Suite 1200, Tallahassee, FL 32301 and counsel, Joseph E. Sandler, Sandler, Reiff & Young, P.C., 50 E. Street, S.E., Suite 300, Washington, DC  20003.

                                                s/ Michael Steinberg
                                                Michael Steinberg, Esquire
                                                Florida Bar No. 340065
                                                Attorney for Plaintiff
                                                4925 Independence Parkway, Suite 195
                                                Tampa, Florida 33634
                                                (813) 221-1300
                                                (813) 221-1702 fax
                                                frosty28@aol.com